**Fill in this information to identify the case:**

Debtor name: GOLD'S SOUTHEAST, LLC

United States Bankruptcy Court for the: NORTHERN District of TEXAS
(State)

Case number (If known): 20-31332

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | INGLES MARKETS INC.<br>P.O. BOX 6676<br>ASHEVILLE, NC 28816 | | LEASE | | | | $77,778 |
| 2 | JSI PLEASANTBURG, LLC AND DWB PLEASANTBURG, LLC<br>P.O. BOX 699<br>FOUNTAIN INN, SC 29644 | | LEASE | | | | $38,172 |
| 3 | DWB GREER, LLC<br>P.O. BOX 699<br>FOUNTAIN INN, SC 29644 | | LEASE | | | | $31,669 |
| 4 | A. & M. ENTERPRISES, INC.<br>100 TULSA ROAD<br>OAK RIDGE, TN 37830 | | LEASE | | | | UNKNOWN |
| 5 | FOOD LION, LLC<br>P.O. BOX 744587<br>ATLANTA, GA 30374-4587 | | LEASE | | | | UNKNOWN |
| 6 | FRAYER PROPERTIES, LLC<br>4401 W. MEMORIAL ROAD<br>SUITE 109<br>OKLAHOMA CITY, OK 73134 | | LEASE | | | | UNKNOWN |
| 7 | LB-UBS 2007-C6 TELLICO STATION, INC.<br>2100 W. 7TH STREET<br>FORT WORTH, TX 76107 | | | | | | |
| 8 | MARY OAK PLAZA, LC<br>404 EAST MAIN STREET<br>JAMESTOWN, NC 27282 | | LEASE | C | | | UNKNOWN |

Debtor  GOLD'S SOUTHEAST, LLC
Name

Case number (if known) 20-31332

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | NEWTOWN GROUP, LLC AND K&O VENTURES, LLC 6255 TOWN CENTER DR. #643 CLEMMONS, NC 27012 | | LEASE | C | | | UNKNOWN |
| 10 | PULLIAM DEVELOPERS, LLC 2 WALDEN RIDGE DR. SUITE 70 ASHEVILLE, NC 28803 | | LEASE | C | | | UNKNOWN |
| 11 | PULLIAM PATTON, LLC 2 WALDEN RIDGE DR. SUITE 70 ASHEVILLE, NC 28803 | | LEASE | C | | | UNKNOWN |
| 12 | ROSEN BURLINGTON, LLC P.O. BOX 263 EMERSON, NJ 07630 | | LEASE | C | | | UNKNOWN |
| 13 | ROSEN GREENSBORO, LLC P.O. BOX 263 EMERSON, NJ 07630 | | LEASE | C | | | UNKNOWN |
| 14 | SS BRASSFIELD, LLC P.O. BOX 49579 GREENSBORO, NC 27419 | | LEASE | C | | | UNKNOWN |
| 15 | WALKER LEGACY CENTER, LLC 321 HENRY STREET LEXINGTON, KY 40508 | | LEASE | | | | UNKNOWN |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |