Aaron M. Kaufman (TX Bar No. 24060067)      Danielle N. Rushing (TX Bar No. 24086961)
Ariel J. Snyder (TX Bar No. 24115346)*       **DYKEMA GOSSETT PLLC**
*pro hac vice* admission                     112 East Pecan Street, Suite 1800
**DYKEMA GOSSETT PLLC**                       San Antonio, Texas 78205
1717 Main Street, Suite 4200                 Telephone: (210) 554-5500
Dallas, Texas 75201                          Facsimile: (210) 226-8395
Telephone: (214) 462-6400                    Email: drushing@dykema.com
Facsimile: (214) 462-6401
Email: akaufman@dykema.com
Email: asnyder@dykema.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 20-31318-hdh11** |
| | § | |
| **GGI HOLDINGS, LLC, *et al.*,** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.**[1] | § | **(Jointly Administered)** |
| | § | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES AND
STATEMENTS OF FINANCIAL AFFAIRS**

GGI Holdings, LLC and its affiliates (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "Cases"), each commenced voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on May 4, 2020 (the "Petition Date").

As required under applicable orders of this Court, the Debtors have filed separate Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "SOFA" and collectively with the Schedules, the "Schedules and Statements") for each affiliate Debtor. The Schedules and Statements are filed for each of the Debtors' respective chapter 11 case pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

The following Schedules and accompanying Statements of Financial Affairs were prepared based upon the most current information available from the Debtors' books and records, as well as reference to other sources of data and information. The Debtors, in the normal course of their

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GGI Holdings, LLC (1222); Gold's Gym International, Inc. (3614); Gold's Holding Corp. (3610); Gold's Alabama, LLC (0520); Gold's Gym Franchising, LLC (5009); Gold's Gym Licensing, LLC (5013); Gold's Gym Merchandising, LLC (4892); Gold's Gym Rockies, LLC (7129); Gold's Louisiana, LLC (9825); Gold's North Carolina, LLC (3221); Gold's Ohio, LLC (4396); Gold's Oklahoma, LLC (7577); Gold's St. Louis, LLC (4827); Gold's Southeast, LLC (9382); and Gold's Texas Holdings Group, Inc. (8156). The Debtors' mailing address is 4001 Maple Avenue, Suite 200, Dallas, Texas 75219.

Case 20-31332-swe11   Doc 13   Filed 05/18/20   Entered 05/18/20 20:58:13   Desc Main
Document    Page 2 of 33

business, prepare separate and consolidated financial statements and reports. The Debtors' most recent close of its books and records was through the month of March 2020, including reconciliation of intercompany transactions.

The Debtors and their professionals have made a good faith effort to list assets and liabilities based on book values and processed payables as of the latest close of books and records and through the Petition Date where possible. Creditors disputing the amounts listed in these Schedules will have the opportunity to file proofs of claim, and the Debtors will reconcile such amounts at the appropriate time. The Debtors and their professionals have engaged in and employed reasonable means and processes to prepare the Schedules and accompanying Statements of Financial Affairs based upon the most reliable data and information available under the circumstances. Accordingly, the Schedules and accompanying Statements of Financial Affairs may contain inaccuracies or be lacking certain information for a complete and accurate presentation of the Debtors' assets, liabilities, and financial affairs. The Debtors and their professionals will continue efforts to identify areas of insufficient disclosure, missing, or inaccurate information or data. The Schedules and Statements will be amended as deemed appropriate and necessary for a complete and accurate disclosure of the Debtors' assets, liabilities, and financial affairs.

While the Debtors have made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statement, and inadvertent errors or omissions may exist. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are 100% complete and accurate. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Cases and specifically with respect to any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

Unless noted below or in the Schedules and Statements, all assets and liabilities should be deemed as belonging to, or asserted against, the entity in which case the Schedules and Statements are filed. In many instances, creditors may assert claims against more than one debtor entity, as jointly and severally liable. Notwithstanding the potential for certain creditors to assert claims jointly against more than one bankruptcy estate, such creditors are entitled to a single payment on account of such claim. The ability to assert claims against multiple estates shall not entitle any creditor to multiple payments or recoveries on account of the same underlying obligation. Moreover, the Debtors and their professionals have made good faith efforts to list assets as the Schedules of the Debtors based on the Debtors' books and records.

**Amendment**

While reasonable efforts were made to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement their Schedules and Statements as is necessary and appropriate.

**Basis of Presentation**

These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles.

**Current Market Value of Assets**

It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Due to club location closures as a result of COVID-19, the asset values presented in the Schedules are based upon the best information available at this time and may not be representative of fair market value. For example, goodwill is listed based on book values as of the filing of these Schedules, but not based on audited financials or third-party valuations. The actual amount realized on the sale of particular assets, or groups of assets, in a sale to third parties may differ significantly from the amounts presented herein. For this reason, the amount ultimately realized from assets may vary from book value and such variance may be material. Exceptions to this include operating cash and certain other assets. Values for cash, cash equivalents and accounts receivable are shown as a gross amount as of the Petition Date, without reducing for the cost of collection, the likelihood the some accounts may be uncollectible, and the rights that such account debtors may have to net or offset claims against such accounts receivable.

**Intercompany Receivables and Payables**

Intercompany receivables and payables are stated at their respective book values as carried on the Debtors' financial records. Amounts included on the Schedules A/B and E/F represent the net due from/due to related Debtor entities. As the Debtors' treasury management systems established Gold's Holding Corp. as the primary paymaster for the Debtors, the vast majority of the intercompany receivables and payables balances are reflected as amounts owed between each individual Debtor and Gold's Holding Corp. While the amounts due to, or due from, any particular Debtor entity may appear large standing alone, the consolidated intercompany balances generally offset to a zero balance when considered together with all Debtor affiliates included in the Debtors' cash management system.

**Excluded Assets and Liabilities**

The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, ordinary course employee benefit accruals, and deferred assets, losses, and gains. Other nonmaterial assets and liabilities may also have been excluded.

**General Reservation of Rights**

The Debtors specifically reserve the rights to amend, modify, supply, correct, change, or alter any part of its Schedules and Statements as and to the extent necessary and appropriate.

**Causes of Action**

The Debtors, despite their efforts, may not have set forth all of their causes of action against third parties as assets in the Schedules and Statements. The Debtors reserves their rights with respect to any causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Claims Description**

By designating a claim on the Schedules and Statements as "disputed," "contingent," and/or "unliquidated," the Debtors indicate no intentions for such claim to be allowed and paid pursuant to the proposed plan. The Debtors reserve the right to amend the Schedules or object to any scheduled claims if they discover reasons to dispute any claims.[2]  Moreover, these Schedules shall not be construed as an admission by the Debtors in the event that a creditor files a proof of claim. The Debtors expressly reserve the right to object to any filed claims.

**GBG, LLC**

On February 28, 2020, through a Membership Interest Purchase Agreement and Transition Services Agreement (collectively, as amended, restated or modified, the "DC Transactional Documents"), Debtor Gold's Holding Corp. transferred its interest in a former subsidiary GBG, LLC ("GBG") to a third-party franchisee CFJ Holdings, LLC. GBG owns and operates 28 gyms (the "DC Gyms") in the Maryland, Virginia and DC metro area. Under the DC Transactional Documents, the Debtors have agreed to continue collecting revenues from the DC Gyms for 180 days following the transfers (the "Transitional Period"), but to hold such funds in trust for GBG's benefit for the express purpose of paying the operating expenses associated with the DC Gyms during the Transitional Period. Because the bankruptcy cases were filed during this Transitional Period, the Debtors' Schedules include accounts payable associated with the DC Gyms, which are payable on behalf of GBG, not the Debtors. Such obligations are to be paid from non-debtor GBG's funds, which the Debtors do not believe are property of the bankruptcy estates. Some of the cash disclosed in the Debtors' Schedules as of the Petition Date does include non-estate fund held in trust for GBG pursuant to the DC Transactional Documents. As of the Petition Date, the Debtors estimate they were holding approximately $83,000 for the benefit of GBG. The Debtors are still in the process of reconciling invoices to determine which portions of such invoices are to be paid out of GBG's funds.

---

[2] If it becomes necessary to amend the Schedules for such purposes, the Debtors will agree to an extension of the claims bar date for the affected creditors.

**Other Specific Methods of Presentation**

In addition to the foregoing, the Debtors and their professionals have taken steps to list all known claimants in the Schedules, whether such claims are subject to pending litigation, demand, third-party administration or incident report.  Where lawsuits are filed against aliases rather than legal entities in existence, the Debtors have listed such claims as being asserted against Gold's Holding Corp., the Debtor's primary operating entity.  The Debtors have also listed rights to tax refunds in "unknown" amounts based on recent statutory changes purporting to allow for the application of net operating losses against prior years' income.  As of the filing of these Schedules, it is unclear whether any such refunds are available, to which entity or entities they would be payable, and in what amounts they would be paid.  The Debtors have also listed all known executory contracts and unexpired leases according to the contract counterparties.  The Debtors and their professionals have made good faith efforts to list all known franchise and license agreements, as well as any leases or related indemnification or guarantee agreements. The Debtors have not listed all membership agreements and reserve the right to amend these Schedules or file such supplement under seal to protect the privacy of their members.  The inclusion or omission of any agreement, contract or lease in the Debtors' Schedules is not intended to serve as an admission by the Debtors as to the executoriness of any such agreement, contract or lease within the meaning of section 365 of the Bankruptcy Code.

**Fill in this information to identify the case:**

Debtor name _____Gold's Southeast, LLC_____

United States Bankruptcy Court for the: _____Northern District of Texas_____

(State)

Case number (If known): _____20-31332_____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..........................................................    $ _____6,041,629.44_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..........................................................    $ _____383,410.39_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................    $ _____6,425,039.83_____

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..................    $ _____51,300,000.00_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* .........................    $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .........    +$ _____34,105,296.00_____

4. **Total liabilities** .........................................................................    $ _____85,405,296.00_____
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _Gold's Southeast, LLC_

United States Bankruptcy Court for the: _Northern District of Texas_

Case number (If known): _20-31332_

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**         $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number
   3.1. _____   _____   ___ ___ ___ ___   $_____
   3.2. _____   _____   ___ ___ ___ ___   $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _ECOVA, Inc. - Utilities_   $ 53,010.96
   7.2. _____   $_____

Debtor    Gold's Southeast, LLC
          Name

Case number (if known) 20-31332

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 53,010.96

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less: 28,906.15 − 0.00 = ........→    $ 28,906.15
     face amount    doubtful or uncollectible accounts

11b. Over 90 days old: 1,679.73 − 196.16 = ........→    $ 1,483.57
     face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 30,389.72

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. Gold's Pleasantburg, LLC    100  %    _____    $ Unknown

15.2. Gold's Southeast II, LLC    100  %    _____    $ Unknown

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. Special Deposit bond with Liberty Mutual Insurance Company with State of South Caroli    _____    $ 50,000.00

16.2. See continuation sheet    _____    $ 100,000.00

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 150,000.00

Debtor _____
  Gold's Southeast, LLC
  Name

Case number (if known)_____
  20-31332

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.

  ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> Clothing and drinks | 02/15/2020 MM / DD / YYYY | 60,547.00 $_____ | _____ | 60,547.00 $_____ |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84.

   $ 60,547.00

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Debtor    Gold's Southeast, LLC
          _____          Case number (if known)  20-31332
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office/kids club furniture | $ 240.31 | Straight line 5 years | $ 240.31 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computer systems/software | $ 83.68 | Straight line 5 years | $ 83.68 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 323.99

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Gold's Southeast, LLC _____    Case number (if known) 20-31332
          Name

---

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 89,138.72 | _____ | $ 89,138.72 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 89,138.72

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 5

Debtor    Gold's Southeast, LLC                                                    20-31332
          Name                                              Case number (if known)

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Leasehold Improvements | | $ 6,041,629.44 | Straight line 10 years or | $ 6,041,629.44 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 6,041,629.44

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $

Debtor    Gold's Southeast, LLC
_____    Case number (if known) 20-31332
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➔   $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Gold's Southeast, LLC
Name

Case number (if known)    20-31332

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 53,010.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 30,389.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 150,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 60,547.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 323.99 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 89,138.72 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................ ➜ | | $ 6,041,629.44 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 383,410.39 | + 91b. $ 6,041,629.44 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................... 6,425,039.83    $ 6,425,039.83

| Debtor 1 | Gold's Southeast, LLC | | | Case number *(if known)* | 20-31332 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## <u>Continuation Sheet for Official Form 206 A/B</u>

**16) Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Special Deposit bond                                   50,000.00
with Liberty Mutual
Insurance Company with
Dept. of Consumer
Affairs of State of
South Carolina as obligee

Special Deposit bond                                   50,000.00
with Liberty Mutual
Insurance Company with
State of South Carolina
as obligee

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Gym equipment          29,616.28          Straight line 5     29,616.28
                                          years

Audio visual system   59,522.44          Straight line 5     59,522.44
                                          years

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Gold's Southeast, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (If known): | 20-31332 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>Amount of claim<br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**
**Creditor's name**
Bank of America, N.A.

Describe debtor's property that is subject to a lien
See Loan Agreement (all assets of the Debtor, now owned or hereafter acquired)

**Creditor's mailing address**
c/o Jillian Foster
135 S LaSalle St, Chicago, IL 60603

$ Undetermined     $ Undetermined

**Creditor's email address, if known**
jillian.foster.svc@bofa.com

Describe the lien
See loan documents

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    09/28/09
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**
**Creditor's name**
JPMorgan Chase Bank, N.A., Administrative Agent

Describe debtor's property that is subject to a lien
See Loan Agreement (all assets of the Debtor, now owned or hereafter acquired)

**Creditor's mailing address**
c/o Kristian W. Gluck, Norton Rose Fulbrigh
2200 Ross Avenue, Dallas, TX 75201-7932

$51,300,000.00     $Undetermined

**Creditor's email address, if known**
kristian.gluck@nortonrosefulbright.com

Describe the lien
See loan documents

**Date debt was incurred**    09/28/2009
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 51,300,000.00

Debtor    Gold's Southeast, LLC _____    Case number (if known) __20-31332__
            Name

| Part 1: | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Wells Fargo Bank, N.A.

_____

**Creditor's mailing address**

c/o Dana McCain
_____
90 S. 7th Street, 16th Floor, Minneapolis, M

**Creditor's email address, if known**
dana.mccain@wellsfargo.com
_____

**Date debt was incurred**  09/28/2009
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Loan Agreement (all assets of the Debtor, now owned or hereafter acquired)

**Describe the lien**
See loan documents
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$Undetermined    $ _____

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [                              ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page _2_ of _3_

| Debtor | Gold's Southeast, LLC | Case number *(if known)* | 20-31332 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Gold's Southeast, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known) | 20-31332 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor   Gold's Southeast, LLC
         Name

Case number (if known)  20-31332

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

**3.1** **Nonpriority creditor's name and mailing address**
A. & M. Enterprises, Inc.,
100 Tulsa Road

Oak Ridge, TN, 37830

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:    Lease

$ 0.00

Date or dates debt was incurred    05/01/20
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
DWB Greer, LLC
PO Box 699

Fountain Inn, SC, 29644

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:    Lease

$ 31,669.00

Date or dates debt was incurred    05/01/20
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Food Lion, LLC
PO Box 744587

Atlanta, GA, 30374-4587

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:    Lease

$ 0.00

Date or dates debt was incurred    05/01/20
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Frayer Properties, LLC
4401 W. Memorial Rd
Suite 109
Oklahoma City, OK, 73134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:    Lease

$ 0.00

Date or dates debt was incurred    05/01/20
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Gold's Holding Corp.
4001 Maple Avenue
Suite 200
Dallas, TX, 75219

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:    Intercompany

$ 33,957,677.00

Date or dates debt was incurred    03/31/20
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Ingles Markets Incorporated
PO Box 6676

Asheville, NC, 28816

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:    Lease

$ 77,778.00

Date or dates debt was incurred    05/01/20
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  Gold's Southeast, LLC
     Name

Case number *(if known)*  20-31332

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 7  **Nonpriority creditor's name and mailing address**

JSI Pleasantburg, LLC
DWB Pleasantburg, LLC
PO Box 699

Fountain Inn, SC, 29644

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

**$ 38,172.00**

Date or dates debt was incurred    05/01/20

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.** 8  **Nonpriority creditor's name and mailing address**

LB-Ubs 2007-C6 Tellico Station, Inc
2100 W. 7th Street

Fort Worth, TX, 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

**$ 0.00**

Date or dates debt was incurred    05/01/20

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Mary Oak Plaza, LC
404 East Main Street

Jamestown, NC, 27282

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

**$ Unknown**

Date or dates debt was incurred    05/01/20

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.** 10  **Nonpriority creditor's name and mailing address**

Newtown Group, LLC And K & O Ventures, LLC
6255 Town Center Dr
#643
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

**$ Unknown**

Date or dates debt was incurred    05/01/20

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.** 11  **Nonpriority creditor's name and mailing address**

Pulliam Developers, LLC
2 Walden Ridge Dr
Suite 70
Asheville, NC, 28803

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

**$ Unknown**

Date or dates debt was incurred    05/01/20

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor ___Gold's Southeast, LLC___ Case number *(if known)* __20-31332__
        Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12**    **Nonpriority creditor's name and mailing address**

Pulliam Patton, LLC
2 Walden Ridge Dr
Suite 70
Asheville, NC, 28803

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ __Unknown__

Date or dates debt was incurred    __05/01/20__

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.13**    **Nonpriority creditor's name and mailing address**

Rosen Burlington, LLC
PO Box 263

Emerson, NJ, 7630

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ __Unknown__

Date or dates debt was incurred    __05/01/20__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.14**    **Nonpriority creditor's name and mailing address**

Rosen Greensboro, LLC
PO Box 263

Emerson, NJ, 7630

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ __Unknown__

Date or dates debt was incurred    __05/01/20__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.15**    **Nonpriority creditor's name and mailing address**

SS Brassfield, LLC
PO Box 49579

Greensboro, NC, 27419

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ __Unknown__

Date or dates debt was incurred    __05/01/20__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.16**    **Nonpriority creditor's name and mailing address**

Walker Legacy Center, LLC
321 Henry Street

Lexington, KY, 40508

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Lease

$ __0.00__

Date or dates debt was incurred    __05/01/20__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

Debtor    Coler's Southeast, LLC    Case number (if Known)    20-30382
         Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 34,105,296.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 34,105,296.00 |

**Fill in this information to identify the case:**

Debtor name  Gold's Southeast, LLC

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known):  20-31332          Chapter  11

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Lessee | Ingles Markets Incorporated<br>PO Box 6676<br>Asheville, NC, 28816 |
| | State the term remaining | 1.4 Years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Lessee | DWB Greer, LLC<br>PO Box 699<br>Fountain Inn, SC, 29644 |
| | State the term remaining | 6.6 Years | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement-Greer<br>Lessee | Food Lion, LLC<br>1149 Harrisburg Pike<br>PO Box 6500<br>Carlisle, PA, 17013 |
| | State the term remaining | 6.6 Years | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement<br>Lessee | JSI Pleasantburg, LLC DWB Pleasantburg, LLC<br>PO Box 699<br>Fountain Inn, SC, 29644 |
| | State the term remaining | 6.2 Years | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement-Pleasantburg<br>Lessee | Food Lion, LLC<br>1149 Harrisburg Pike<br>PO Box 6500<br>Carlisle, NC, 17013 |
| | State the term remaining | 6.2 Years | |
| | List the contract number of any government contract | | |



| Debtor | Gold's Southeast, LLC | Case number (if known) | 20-31332 |
|---|---|---|---|
| | Name | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest

Lease Indemnification Agreement

East Tennessee Fitness, LLC, Attn: Robert D. Dennis
1713 Old Fort Parkway
Murfreesboro, TN, 37129

State the term remaining

List the contract number o any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___Gold's Southeast, LLC___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (If known): ___20-31332___

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Gold's North Carolina, LLC | Gold's North Carolina, LLC<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | East Tennessee Fitness, l | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 | Gold's Gym Internatic | Gold's Gym International, Inc.<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | East Tennessee Fitness, l | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 | Gold's North Carolina | Gold's North Carolina, LLC<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | Ingles Markets Incorporate | ☐ D<br>☐ E/F<br>☑ G |
| 2.4 | Gold's Gym Internatic | Gold's Gym International, Inc.<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | DWB Greer, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.5 | Gold's Gym Internatic | Gold's Gym International, Inc.<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | Food Lion, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.6 | Gold's Gym Internatic | Gold's Gym International, Inc.<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | JSI Pleasantburg, LLC DV | ☐ D<br>☐ E/F<br>☑ G |

Debtor    Gold's Southeast, LLC
         _____
         Name

Case number (*if known*) 20-31332

<table>
<tr><td colspan="2">███</td><td colspan="3"><strong>Additional Page if Debtor Has More Codebtors</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | Gold's Gym Interna | Gold's Gym International, Inc.<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | Food Lion, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.8 | Gold's Holding Cor | Gold's Holding Corp<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Gold's Gym Rockie | Gold's Gym Rockies LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Gold's Gym Merch | Gold's Gym Merchandising LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | Gold's Gym Licens | Gold's Gym Licensing LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | GGI Holdings | GGI Holdings<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Gold's Gym Interna | Gold's Gym International, Inc.<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Gold's Gym Franch | Gold's Gym Franchising LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Gold's Southeast, LLC
_____    Case number *(if known)*_20-31332_____
Name

| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Gold's Louisiana Ll | Gold's Louisiana LLC 4001 Maple Ave Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.16 Gold's Oklahoma L | Gold's Oklahoma LLC 4001 Maple Ave Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.17 Gold's Southeast L | Gold's Southeast LLC 4001 Maple Ave Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.18 Gold's North Caroli | Gold's North Carolina, LLC 4001 Maple Ave. Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.19 Gold's Texas Holdi | Gold's Texas Holdings Group, Inc. 4001 Maple Ave. Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.20 Gold's St. Louis LL | Gold's St. Louis LLC 4001 Maple Ave. Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.21 Gold's Ohio LLC | Gold's Ohio LLC 4001 Maple Ave. Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |
| 2.22 Gold's Alabama Ll | Gold's Alabama LLC 4001 Maple Ave. Suite 200 Dallas, TX 75219 | JPMorgan Chase Bank, N | ☑ D ☐ E/F ☐ G |

| Debtor | Gold's Southeast, LLC | Case number (if known) 20-31332 |
|---|---|---|
| | Name | |

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 | Gold's North Caroli | Gold's North Carolina, LLC<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.24 | Gold's Gym Interna | Gold's Gym International, Inc.<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.25 | Gold's St. Louis LL | Gold's St. Louis LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.26 | Gold's Alabama LL | Gold's Alabama LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.27 | Gold's North Caroli | Gold's North Carolina, LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.28 | Gold's Gym Licens | Gold's Gym Licensing LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.29 | Gold's Gym Franch | Gold's Gym Franchising LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.30 | Gold's Holding Cor | Gold's Holding Corp<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Gold's Southeast, LLC | | Case number (if known) 20-31332 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 | Gold's Gym Rockie | Gold's Gym Rockies LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.32 | Gold's Gym Merch | Gold's Gym Merchandising LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.33 | GGI Holdings | GGI Holdings<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.34 | Gold's Texas Holdi | Gold's Texas Holdings Group, Inc.<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.35 | Gold's Ohio LLC | Gold's Ohio LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.36 | Gold's Louisiana Ll | Gold's Louisiana LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.37 | Gold's Gym Interna | Gold's Gym International, Inc.<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.38 | Gold's Oklahoma L | Gold's Oklahoma LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Gold's Southeast, LLC | Case number (if known) 20-31332 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.39 | Gold's Southeast L | Gold's Southeast LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Bank of America, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.40 | Gold's North Caroli | Gold's North Carolina, LLC<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.41 | Gold's Gym Interna | Gold's Gym International, Inc.<br>4001 Maple Avenue<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.42 | Gold's St. Louis LL | Gold's St. Louis LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.43 | Gold's Alabama LL | Gold's Alabama LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.44 | Gold's North Caroli | Gold's North Carolina, LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 | Gold's Gym Licens | Gold's Gym Licensing LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.46 | Gold's Gym Franch | Gold's Gym Franchising LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Gold's Southeast, LLC
          Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.47 | Gold's Holding Cor | Gold's Holding Corp<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.48 | Gold's Gym Rockie | Gold's Gym Rockies LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.49 | Gold's Gym Merch | Gold's Gym Merchandising LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.50 | GGI Holdings | GGI Holdings<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.51 | Gold's Texas Holdi | Gold's Texas Holdings Group, Inc.<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.52 | Gold's Ohio LLC | Gold's Ohio LLC<br>4001 Maple Ave.<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.53 | Gold's Louisiana Ll | Gold's Louisiana LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.54 | Gold's Gym Interna | Gold's Gym International, Inc.<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Gold's Southeast, LLC | Case number (if known) 20-31332 |
|---|---|---|
| | Name | |

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.55 Gold's Oklahoma L_____ | Gold's Oklahoma LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A._____ | ☑ D<br>☐ E/F<br>☐ G |
| 2.56 Gold's Southeast L_____ | Gold's Southeast LLC<br>4001 Maple Ave<br>Suite 200<br>Dallas, TX 75219 | Wells Fargo Bank, N.A._____ | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |